**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RAIQUAN K. FALLS,

                Plaintiff,

-against-                           25 **CIVIL** 5874 (LLS)

                                        **JUDGMENT**

EDWARD EMMET KEENAN, KEENAN AND
BHATIA, LLC; SCOTT A. KORENBAUM, LAW
OFFICES OF SCOTT A. KORENBAUM,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 28, 2025, the Court dismisses the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for failure to state a claim on which relief may be granted, *see* 28 U.S.C. § 1915(e)(2)(B)(ii), with 30 days' leave to replead. The Court declines to exercise supplemental jurisdiction of Plaintiff's state law claims. *See* 28 U.S.C. § 1367(c)(3).

**Dated:** New York, New York

      November 3, 2025

                                                      **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                    **BY:**      *K. Mango*

                                                        **Deputy Clerk**